**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| ALAYA SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EUROPEAN WAX CENTER, INC.,<br><br>Defendant. | CIVIL ACTION NO. 4:26-cv-00144-ALM<br><br>Hon. Amos L. Mazzant |

**DEFENDANT EUROPEAN WAX CENTER, INC.'S REPLY IN SUPPORT OF ITS 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR TO STAY**

Defendant European Wax Center, Inc. ("EWC") submits this reply in further support of its 12(b)(6) Motion to Dismiss Plaintiff's Complaint or to Stay. EWC filed its motion on July 28, 2026. (Dkt. 13.) Under Local Rule CV-7(e), Plaintiff had fourteen days to file any response in opposition, making Plaintiff's response due on August 11, 2026.

Plaintiff did not file a response by that deadline and has filed no response to EWC's motion to date. Plaintiff therefore waived any opposition to the motion. *Charboneau v. Box*, No. 4:13-CV-678, 2017 WL 1159765, at *14 (E.D. Tex. Mar. 29, 2017) ("Because the failure to brief an argument in response to such a motion results in waiver of that argument, the Court finds Plaintiff waived the timeliness argument with regard to each of the instant motions to dismiss."); *Morris v. City of Fort Worth*, No. 4:19-CV-638-A, 2020 WL 870228, at *3 (N.D. Tex. Feb. 21, 2020) (same); *Chatman v. LGSI Equip. of Indiana, LLC*, No. 3:24-CV-2768-K, 2025 WL 1708132, at *2 (N.D. Tex. June 17, 2025) ("As previously stated, Plaintiff did not respond to or otherwise oppose the Motions to Dismiss . . . A party's failure to defend a claim in response a motion to dismiss constitutes waiver or abandonment of that claim.) (citing *Black v. N. Panola Sch. Dist.*, 461 F.3d 584, 588 n.1 (5th Cir. 2006)"). Accordingly, the motion should be granted for the reasons stated

in EWC's opening motion and for the further reason that Plaintiff waived any opposition by failing to respond.

**CONCLUSION**

For the reasons stated in EWC's opening motion, and because Plaintiff waived any opposition by failing to file a response under Local Rule CV-7(e), EWC respectfully requests that the Court dismiss Plaintiff's Class Action Complaint in its entirety, with prejudice, and grant such other and further relief as the Court deems just and proper. Alternatively, EWC respectfully requests that the Court stay this action pending final approval proceedings in *Cumor & Dunn v. European Wax Center, Inc.*, Case No. 26-CA-002430 (Fla. 13th Jud. Cir.).[1]

Dated: August 17, 2026

Respectfully submitted,

**Baker & Hostetler LLP**

*/s/ Ambika B. Singhal*
Ambika B. Singhal
Texas Bar No. 24132954
asinghal@bakerlaw.com
2850 North Harwood Street, Suite 1100
Dallas, TX 75201-2640
Tel: 214.210.1200
Fax: 214.210.1201

*Attorneys for Defendant European Wax Center, Inc.*

[1] The final approval hearing has been reset for September 30, 2026.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed on August 17, 2026 with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Ambika B. Singhal*
Ambika B. Singhal